IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00092-REB-KLM

OTTER PRODUCTS, LLC., a Colorado limited liability company,

    Plaintiff(s),

v.

SKB CORPORATION, a California corporation,

    Defendant(s).

_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

**MAGISTRATE JUDGE KRISTEN L. MIX**

    Plaintiff's Complaint was filed on January 16, 2007.  The court file contains no proof that service of process has been made upon Defendant.

    By Minute Order dated July 20, 2007, Magistrate Judge Watanabe ordered that Plaintiff would have until August 20, 2007 to file a stipulation for dismissal or show cause why the case should not be dismissed. [Docket No. 6]

    As of October 5, 2007, Plaintiff has failed to either file a stipulation for dismissal or show cause why the case should not be dismissed.

    Accordingly, I recommend that this case be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b).

    Dated:  October 5, 2007