IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-00092-CMA-KLM

OTTER PRODUCTS, LLC, a Colorado limited liability company,

Plaintiff,

v.

SKB CORPORATION, a California corporation,

Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the Recommendation of United States Magistrate Judge Kristen L. Mix (Dkt. # 8), filed October 5, 2007. Upon review of the file, and the Court having considered the magistrate judge's recommendation, it is hereby

ORDERED that this action is DISMISSED pursuant to F.R.Civ.P. 41(b).

DATED: October __27__, 2008.

BY THE COURT:

*/s/ Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Court Judge